UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEODORO JOSE CORREON-MARTINEZ,

    Defendant.
_____/

Case No. 1:07:CR:143

HON. GORDON J. QUIST

# ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 2, 2012, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Teodoro Jose Correon-Martinez's plea of guilty to Count One of the Indictment is accepted. Defendant Teodoro Jose Correon-Martinez is adjudicated guilty.

3. Defendant Teodoro Jose Correon-Martinez shall be detained pending sentencing.

Dated: August 20, 2012

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE